IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MELVIN WRIGHT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | CIVIL ACTION NO. 2:05cv371-ID |
| ) | (WO) |
| **SANDERS LEAD CO., INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## FINAL JUDGMENT

In accordance with the prior proceedings, opinions and orders of the court, it is CONSIDERED, ORDERED and ADJUDGED that summary judgment be and the same is hereby ENTERED in favor of Defendant Sanders Lead Co., Inc., and against Plaintiff Melvin Wright on Plaintiff's discriminatory discharge claim brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e-2000e-17, and 42 U.S.C. § 1981, and that the supplemental state law claims are hereby DISMISSED without prejudice pursuant to 28 U.S.C. § 1367(c)(3).

It is further CONSIDERED and ORDERED that all costs herein incurred be and the same are hereby TAXED against Plaintiff, for which let execution issue.

DONE this 7th day of April, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE